UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:26-cr-00376-JFW Date: 6/18/2026

Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge

Interpreter N/A Language N/A

| Kerri Hays | 06/18/2026 | Alexander Drutis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✔ Present Released on Bond

Christopher Barret Johnson

Attorneys for Defendants: ✔ Present DFPD

Erin M. Murphy

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Initial Appearance** **Appointment of Counsel**

* Defendant states true name is the name on the Indictment.

* Defendant is arraigned under name on the Indictment.

* Defendant acknowledges having read the Indictment and discussed it with counsel.

* Defendant pleads "not guilty" to all counts of the Indictment.

* This case is assigned to Judge John F. Walter.

* It is ordered that the following date(s) and time(s) are set: Jury Trial: 8/4/2026 8:30 AM

* The government shall turn over all discovery to defense counsel. Judge Walter is located in 7A, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA, PSAED, PSASA, USMLA, USMED, USMSA, Statistics Clerk, Interpreter, CJA Supervising Attorney, Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00

**Arraignment:** 00 : 03

**Initials of Deputy Clerk:** KH by TRB