UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No. **CR 26-376 JFW** Dated: July 10, 2026

==========================================================================

PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter | Alexander Drutis<br>Asst. U.S. Attorney<br>not present |

==========================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| Christopher Barret Johnson<br>not present - on bond | 2. Erin Murphy, DFPD<br>not present - appointed |

---

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE**

Defendant Christopher Barret Johnson is ordered to show cause in writing by **July 14, 2026** why the Court should not issue a bench warrant for his arrest for violations of his bond as alleged in the Pretrial Violation Report filed on July 9, 2026 (Docket No. 24). This Order to Show Cause will stand submitted upon the filing of the Response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the issuance of a bench warrant.

cc: USPO/PSA; USM

Initials of Deputy Clerk sr