UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No. **CR 26-376-JFW** Dated: July 15, 2026

==========================================================================
PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter | Alexander Drutis<br>Asst. U.S. Attorney<br>not present |

==========================================================================

| | |
|---|---|
| U.S.A. vs (Dft listed below) | Attorney for Defendant |
| Christopher Barret Johnson<br>not present - on bond | Erin M. Murphy, DFPD<br>not present - appointed |

---

**PROCEEDINGS (IN CHAMBERS): ORDER GRANTING DEFENDANT'S REQUEST TO DEFER ISSUANCE OF BENCH WARRANT**

The Court has reviewed Defendant's Response to Court's Order to Show Cause Why the Court Should Not Issue a Bench Warrant for Mr. Johnson's Arrest filed on July 14, 2026 (Docket No. 26). The Court grants Defendant's request to defer issuance of a bench warrant to allow Defendant to promptly enter a residential drug treatment program. Counsel shall file a status report on or before **July 28, 2026.**

IT IS SO ORDERED.

cc: USPO/PSA; USM

Initials of Deputy Clerk sr