AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
ERIN MURPHY (Bar No. 285087)
(E-Mail: Erin_Murphy@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
CHRISTOPHER BARRET JOHNSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER BARRET JOHNSON,<br>Defendant. | Case No. 2:26-CR-00376-JFW<br><br>**STATUS REPORT** |

Defendant Christopher Barret Johnson, by and through his counsel of record Deputy Federal Public Defender Erin Murphy, hereby submits in writing his status report as directed by the Court's order (ECF No. 27).

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: July 28, 2026

By */s/ Erin Murphy*

ERIN MURPHY
Deputy Federal Public Defender
Attorney for Christopher Barret Johnson

**DECLARATION OF ERIN MURPHY**

I, Erin Murphy, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I am defense counsel in this matter.

2. On May 22, 2026, Mr. Johnson made his initial appearance on these charges of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) (Possession with Intent to Distribute Fentanyl) and 841(a)(1), (b)(1)(B)(viii) (Possession with Intent to Distribute Methamphetamine). (Mins. of Initial App., ECF No. 7.) Mr. Johnson was released on unsecured bond signed by his father for $40,000 with pretrial release conditions. (Bond Conds., ECF No. 10.) Those conditions included, relevant here, that he not use or possess illegal drugs. (*Id.* at 2.) U.S. Probation & Pretrial Services alerted the Court and the parties of Mr. Johnson's alleged positive drugs tests for fentanyl and denials of use. (Viol. Rpt., ECF No. 24.)

3. I have confirmed with U.S. Probation & Pretrial Services Officer Joslyn Harris that he has checked into a residential drug rehabilitation center. I understand the center is called Clare Matrix, which is located in Santa Monica. Mr. Johnson is enrolled in a 90-day program.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2026, at Los Angeles, California.

*/s/Erin Murphy*
ERIN MURPHY